1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                         DISTRICT OF NEVADA
8                              * * *
9   ERIC ANTHONY LITTLE,                Case No. 2:12-cv-01184-MMD-PAL
10                    Petitioner,
        v.                                          ORDER
11
    BRIAN E. WILLIAMS, et al.,
12
                    Respondents.
13

14      Petitioner has submitted a habeas corpus petition pursuant to 28 U.S.C. § 2254,

15   but has neither paid the required filing fee nor filed an appropriate motion for leave to

16   proceed *in forma pauperis*. The petition cannot be filed without either payment of the

17   required filing fee or a grant of leave to proceed *in forma pauperis* based on a fully

18   completed motion. Petitioner shall be sent the correct pauper form for use should he

19   wish to file a motion for leave to proceed *in forma pauperis* in this action. Accordingly,

20   Petitioner shall be given leave to proceed *in forma pauperis* on a temporary basis.

21      **IT IS THEREFORE ORDERED** that the Clerk shall send to petitioner a set of

22   forms for a motion to proceed *in forma pauperis*. Petitioner shall have thirty (30) days

23   from the date of the entry of this order within which to either pay the required filing fee, or

24   file a fully and properly completed motion for leave to proceed *in forma pauperis.* The

25   failure to timely do so will result in the dismissal of this action.

26      DATED THIS 26th day of July 2012.

27
                                        _____
28                                        UNITED STATES DISTRICT JUDGE