UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ERIC ANTHONY LITTLE,<br><br>　　　　　　　　　Petitioner,<br>v.<br><br>BRIAN E. WILLIAMS, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 2:12-cv-01184-MMD-PAL<br><br>ORDER |

Petitioner has submitted a habeas corpus petition pursuant to 28 U.S.C. § 2254, but has neither paid the required filing fee nor filed an appropriate motion for leave to proceed *in forma pauperis*. The petition cannot be filed without either payment of the required filing fee or a grant of leave to proceed *in forma pauperis* based on a fully completed motion. Petitioner shall be sent the correct pauper form for use should he wish to file a motion for leave to proceed *in forma pauperis* in this action. Accordingly, Petitioner shall be given leave to proceed *in forma pauperis* on a temporary basis.

**IT IS THEREFORE ORDERED** that the Clerk shall send to petitioner a set of forms for a motion to proceed *in forma pauperis*. Petitioner shall have thirty (30) days from the date of the entry of this order within which to either pay the required filing fee, or file a fully and properly completed motion for leave to proceed *in forma pauperis.* The failure to timely do so will result in the dismissal of this action.

DATED THIS 26th day of July 2012.

_____
UNITED STATES DISTRICT JUDGE