UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ERIC ANTHONY LITTLE, | Case No. 2:12-cv-01184-MMD-PAL |
|---|---|
| Petitioner, | |
| v. | ORDER |
| BRIAN E. WILLIAMS, et al., | |
| Respondents. | |

Eric Anthony Little, a Nevada prisoner, has submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (dkt. no. 1), which appeared to be subject to dismissal because it was filed beyond the one-year statute of limitations. The Court directed the petitioner to provide proof that the petition was timely filed or that he is entitled to equitable tolling, giving him thirty days to file his response. (Dkt. no. 6.)

Petitioner now moves for additional time to file his response, contending that he did not receive the Court's October 3, 2012, Order until October 22, 2012. Good cause appearing, the motion for extension of time (dkt. no. 10) is GRANTED. Petitioner shall have until November 22, 2012, to file his proof and arguments demonstrating that the petition is not untimely filed. Respondents shall have until December 12, 2012, to file any response they may have.

ENTERED THIS 1st day of November 2012.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE